UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN KIM,<br><br>        Defendant. | Case No. 1:19-cv-00817-DAD-JDP<br><br>ORDER VACATING MOTION HEARING |

Defendant erroneously noticed his motion for summary judgment before Judge Dale A. Drozd. ECF No. 26. The motion hearing is vacated. Defendants' motion will be decided in the first instance by the assigned magistrate judge on the record without oral arguments, unless otherwise ordered. Briefing deadlines are governed by Local Rule 230(*l*).

IT IS SO ORDERED.

Dated:   October 22, 2020                         /s/ Jeremy Peterson
                                                      UNITED STATES MAGISTRATE JUDGE