UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN KIM, *Medical Doctor*,<br><br>Defendant. | Case No. 1:19-cv-00817-HBK<br><br>ORDER GRANTING APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE<br><br>(Doc. No. 53) |

Pending before the court is plaintiff's motion for appointment of counsel filed on October 20, 2021. (Doc. No. 53). Plaintiff, a former state prisoner proceeding *pro se*, seeks relief under 42 U.S.C. § 1983 on his First Amended Complaint (Doc. No. 14). The Court previously denied Defendant's exhaustion-based summary judgment motion because binding 9th Circuit precedent deems the date of the operative pleading, as opposed to the action, determinative as to whether plaintiff is a prisoner and subject to the PLRA's exhaustion requirement. (*See* Doc. 44, *citing Jackson v. Fong*, 870 F.3d 928, 935 (9th Cir. 2017)). The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of reviewing the record as a whole, and the medical records in particular, to determine whether a second amended complaint should be filed, and if appropriate, drafting and filing a second amended complaint. Plaintiff's Motion to Appoint Counsel (Doc. No. 53) is partially granted and Jack Duran, Jr. has been selected from the court's *pro bono* attorney panel to represent plaintiff for this limited purpose and has agreed to be

appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Appoint Counsel (Doc. No. 53) is partially granted and Jack Duran, Jr. is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of reviewing the record as a whole, and the medical records in particular, to determine whether a second amended complaint should be filed, and if appropriate, drafting and filing a second amended complaint. The second amended complaint or notice that a second amended complaint would not be appropriate, shall be filed within 120 days from the date of this order.

2. Jack Duran, Jr's appointment will terminate when plaintiff's second amended complaint is filed, or a notice that a second amended complaint would not be appropriate is filed.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Jack Duran, Jr., Duran Law Office, 4010 Foothills Blvd., Suite 103, Roseville, CA 95747.

Dated:   November 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE