UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA,<br><br>          Plaintiff,<br><br>     v.<br><br>RYAN KIM,<br><br>          Defendant. | Case No. 1:19-cv-00817-HBK<br><br>ORDER CONTINUING APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE |

Plaintiff, a former state prisoner proceeding *pro se* and *in forma pauperis* on his second amended complaint, is seeking relief under 42 U.S.C. § 1983. (Doc. Nos. 7, 55). The court previously found the appointment of counsel for plaintiff warranted for the limited purpose of drafting and filing a second amended complaint. (Doc. No. 53). Jack Duran, Jr. was appointed counsel for plaintiff for this limited purpose. (*Id*.). Upon further review and consideration of Plaintiff's Second Amended Complaint (Doc. No. 55) and the Defendant's Answer (Doc. No. 56), the court finds the continued appointment of counsel is warranted for the limited purpose of representing plaintiff at a settlement conference. Jack Duran, Jr. has agreed to this continuation of his limited purpose appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Jack Duran, Jr.'s limited purpose appointment as counsel for plaintiff in the above titled matter is continued. The continuation of this appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Jack Duran, Jr.'s appointment will terminate thirty days after completion of the settlement conference, or any continuation of the settlement conference.
3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The parties are directed to contact Sujean Park within 30 days of the date of this order to arrange scheduling of the settlement conference.

Dated:  April 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE