UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA, | Case No. 1:19-cv-00817-HBK (PC) |
| Plaintiff, | GRANTING IN PART DEFENDANT'S REQUEST TO MODIFY DISCOVERY AND SCHEDULING ORDER |
| v. | |
| RYAN KIM, M.D., | (Doc. No. 60) |
| Defendant. | ORDER EXTENDING DISCOVERY TO **AUGUST 30, 2022**. |

Pending before the Court is Defendant's motion to modify the discovery and scheduling order. (Doc. No. 60). On April 26, 2022, the Court appointed counsel for Plaintiff for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference. (Doc. No. 57). This day, the Court set this matter for a settlement conference to be held on August 30, 2022. (See Doc. No. 57). As a general rule, when the Court sets a matter for settlement, the Court normally stays all deadlines in the Discovery and Scheduling Order. However, to permit the parties to engage in a meaningful settlement conference, the Court will permit the parties to continue to engage in discovery and will extend the discovery deadline to the date of the settlement conference. The Court will stay the remaining deadlines in the Discovery and Scheduling Order, subject to the parties moving to modify these deadlines, and reopen discovery if necessary, after the conclusion of the settlement conference.

Accordingly, it is **ORDERED**:

1. Defendant's motion to modify the discovery and scheduling order (Doc. No. 60) is GRANTED to the extent that the deadline for discovery is extended to August 30, 2022.

2. All other deadlines set forth in the Discovery and Scheduling Order (Doc. No. 52) are STAYED, subject to the parties moving to reopening discovery and modify any deadlines in the Discovery and Scheduling Order after the conclusion of the settlement conference, if appropriate.

Dated: June 15, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE