UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA, | Case No. 1:19-cv-00817-HBK (PC) |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO MODIFY DISCOVERY CUT-OFF AND CONTINUE SETTLEMENT CONFERENCE |
| v. | |
| RYAN KIM, M.D., | (Doc. No. 65) |
| Defendant. | DISCOVERY EXTENDED TO: **OCTOBER 27, 2022**. |
| | SETTLEMENT CONFERENCE CONTINUED TO: **OCTOBER 27, 2022 AT 10:30 A.M.** |

Pending before the Court is parties' joint motion to modify the discovery and scheduling order and to continue the settlement conference. (Doc. No. 65). In order for the parties to have adequate time to complete discovery, the parties seek to continue the settlement conference, currently set for August 30, 2022, and extend the discovery cut-off date to the reschedules settlement date. (*Id*.).

ACCORDINGLY, for good cause shown, it is **ORDERED**:

1. The parties' joint motion to modify the discovery cut-off and settlement dates (Doc. No. 65) is GRANTED.

2. The settlement conference is CONTINUED to **Thursday, October 27, 2022 at 10:30 a.m**. before Magistrate Judge Erica P. Grosjean at the U.S. District Court, 2500 Tulare

Street, Fresno California 93721 by Zoom videoconference.  Plaintiff and Defendant shall provide a confidential settlement statement no later than October 20, 2022, to the following email address: epgorders@caed.uscourts.gov.  All other deadlines and requirements in the June 15, 2022 Order Scheduling Settlement Conference (Doc. No. 62) shall remain in effect.

      3.      The discovery cut-off is EXTENDED **to October 27, 2022**.  All other deadlines set forth in the Discovery and Scheduling Order (Doc. No. 52) are STAYED, subject to the parties moving to reopening discovery and modify any deadlines in the Discovery and Scheduling Order after the conclusion of the settlement conference, if appropriate.

Dated:    July 28, 2022

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE

Cc:  Michelle Rooney

2