UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA,<br><br>            Plaintiff,<br><br>      v.<br><br>RYAN KIM, M.D.,<br><br>            Defendant. | Case No. 1:19-cv-00817-HBK (PC)<br><br>ORDER APPOINTING COUNSEL<br><br>ORDER SETTING STATUS CONFERENCE<br><br>APRIL 7, 2023 AT 10:00 A.M. |

Plaintiff, a former state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The court finds the appointment of substitute counsel[1] for plaintiff is warranted. Shahid Manzoor has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED:

1. Shahid Manzoor is appointed as plaintiff's counsel in the above titled matter.

2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to mail a copy of this Order on plaintiff, serve a copy of this order on Shahid Manzoor, Manzoor Law Firm, 3017 Douglas Blvd., Suite 104, Roseville, CA 95661, remove Gregory T. Fayard, and correct the caption to reflect only

---

[1] On March 7, 2023, the Court granted former counsel's motion to withdraw due to illness. (Doc. No. 76).

Shahid Manzoor as counsel for plaintiff.

4. The Court will hold a telephonic status conference for this case on April 7, 2023, at 10:00 A.M. (dial-in: 1-888-204-5984; access code: 4446176).

Dated: __March 8, 2023__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE