# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA,<br><br>      Plaintiff,<br><br>  v.<br><br>RYAN KIM, M.D.,<br><br>      Defendant. | Case No.  1:19-cv-00817-HBK (PC)<br><br>ORDER EXTENDING DEADLINES IN DISCOVERY AND SCHEDULING ORDER |

On May 12, 2023, the Court held a status conference in this action to propose new deadlines to the previously modified Discovery and Scheduling Order.  (Doc. Nos. 52, 64. 66). Attorney Shahid Manzoor appeared on behalf of Plaintiff and Attorney Ashley Reyes appeared on behalf of Defendant.  As proposed by the parties, the Court establishes the following deadlines.

1. Deadline for all non-expert discovery: **December 15, 2023**.
2. Deadline for expert discovery: **January 26, 2024**.
3. Deadline to file dispositive motions: **March 1, 2024**.
4. The parties may contact chambers at anytime should the parties wish to engage in a second settlement conference.

Dated:   May 12, 2023

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE