UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHURAM RAJA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RYAN KIM, M.D.,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00817-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE DECLARATION<br><br>OCTOBER 4, 2023 DEADLINE<br><br>ORDER CONTINUING HEARING ON PLAINTIFF COUNSEL'S MOTION TO WITHDRAW |

　　　Pending before the Court is counsel for Plaintiff's motion to withdraw as counsel. (Doc. No. 83, "Motion"). This matter is currently set for a hearing via video teleconference on September 20, 2023 at 2:00 p.m. The Motion states, "[o]n or about August 27, 2023, Plaintiff concurred in the proposed withdrawal;" however, a declaration from Plaintiff is not included with the Motion. Thus, the Court orders Plaintiff to provide a signed and dated declaration explaining his concurrence, or his opposition, of the Motion to his attorney no later than October 3, 2023. Plaintiff's Counsel shall file Plaintiff's declaration no later than October 4, 2023. If, after reviewing Plaintiff's declaration, Plaintiff's Counsel believes it contains attorney-client privileged information or information discussing trial strategy, then counsel may email Plaintiff's declaration to the courtroom deputy, Ms. Patricia Apodaca, PApodaca@caed.uscourts.gov.

　　　Finally, the Court *sua sponte* continues the hearing on the Motion from September 20, 2023 to October 12, 2023 at 1:00 p.m. The hearing will be conducted via Zoom videoconference

and parties shall email Ms. Apodaca no later than two court days before the hearing for the issuance of the Zoom invitation. In addition to counsel, Plaintiff is required to appear for October 12, 2023 hearing.

Accordingly, it is ORDERED:

1. Plaintiff shall submit a declaration to his counsel **no later than October 3, 2023**, stating his concurrence or opposition to counsel's motion to withdrawal as counsel (Doc. No. 83). Plaintiff's Counsel shall file Plaintiff's declaration **no later than October 4, 2023**.

2. The Court continues the September 20, 2023 hearing on Plaintiff Counsel's Motion to **October 12, 2023 at 1:00 p.m. via video teleconference**. Parties shall email the courtroom deputy no later than two court days before the hearing for the issuance of the Zoom invitation.

3. Plaintiff is required to appear for October 12, 2023 hearing.

Dated:   September 18, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE